

FILED

AUG 0 5 2011

DENNIS P. IWARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

# UNITED STATES DISTRICT COURT

RAlEiGH, NORTH CAROliNA.

John R. Demos
(Name of Plaintiff)

5:11-CV-414

vs.

KRispy-KRemE

_____

_____

(Names of ALL Defendants)

CIVIL RIGHTS COMPLAINT BY A PRISONER UNDER 42 U.S.C. § 1983

I. **Previous Lawsuits**

   A. Have you brought any other lawsuits in any federal court in the United States while a prisoner?  ☒ YES  ☐ NO

   B. If your answer to A is yes, how many? __100's__  Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff: John R. Demos

         Defendants: Ronald Reagan
         Bill Clinton,
         Richard Nixon

-1-

(Rev. 11/09)

2. Court (give name of District): _U.S.D.C. OF WASH, D.C._

3. Docket Number: _94-1056_

4. Name of judge to whom case was assigned: _Judge Robinson_

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?):
_Dismissed_

6. Approximate date of filing lawsuit: _1994_

7. Approximate date of disposition: _1994_

II. Place of Present Confinement: _THE WASHINGTON STATE PENITENTIARY_

A. Is there a prisoner grievance procedure available at this institution? ☑ YES ☐ NO

B. Have you filed any grievances concerning the facts relating to this complaint?
☐ YES ☑ NO

If your answer is NO, explain why not: _NOT A GRIEVEABLE ISSUE_

C. Is the grievance process completed? ☑ YES ☐ NO

D. Have you sought other informal or formal relief from the proper administrative officials regarding the acts alleged in this complaint? ☑ YES ☐ NO

If your answer is NO, explain why not: _I WROTE LETTERS TO KRISPY-KREME_

III. Parties to this Complaint

A. Name of Plaintiff: _John R. Demos_ Inmate No.: _287455_
Address: _WASHINGTON STATE PENITENTIARY - 1313 NORTH 13th AVENUE, WALLA WALLA, WASHINGTON. 99362_

(In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use Item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

B. Defendant: _KRISPY-KREME CHAIRMAN_ Official Position: _CHAIRMAN_

Place of Employment: _WINSTON-SALEM, NORTH CAROLINA. 27103_

-2-

C. Additional Defendants (NOTE: These Defendants must be listed in the caption of the Complaint.): _____

## IV  Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places and other persons involved. Do not give any legal arguments or cite any cases or statutes. If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

Defendant KRISPY KREME ———— Is In Possession of a "Secret Recipe" for it's product. The Defendant in spite of my many letters asking for the Secret Recipe, has refused to reveal it to me. I need the Recipe because it contains toxic chemicals, the chief one being Aspartame. Plaintiff asserts that under 28 USC 552 (A) of the Freedom of Information Act Plaintiff Demos is entitled to a copy of the Secret Recipe. Plaintiff Demos files/brings this lawsuit in the public intrest, as millions of people thruout the world consume KRISPY-KREME ———.

The Secret Recipe contains fatal drugs that paralyze and sabatogue the Central Nervous System. "All that glitters is not Gold."

The Company in question has a duty to place safe products in the stream of commerce. Plaintiff Demos is a past user of the product named in this complaint.

-3-

## GROUNDS FOR RELIEF

PROPOSITION #1

PLAINTIFF AVERS THAT THE MANUFACTURER IS ENGAGED IN THE BUSINESS OF SELLING THE ENUMERATED PRODUCT, AND THAT THE PRODUCT CONTAINS DEFECTS DANGEROUS TO USER OR CONSUMERS IN GENERAL, AND THAT DEFECT IS THE CAUSE OF THE PLAINTIFFI'S INJRIES, PAIN, AND SUFFERING. 829 F. 2d 907;

## GROUNDS FOR RELIEF

## PROPOSITION #II

SUPPLIER OF THE PRODUCT IS THE GUARANTOR OF IT'S SAFETY, 32 F. 3d 755;

PRODUCT LIABILITY LAW IS DESIGNED TO PROTECT SOCIETY FROM DANGERS OF UNSAFE PRODUCTS, 35 F. 3d 236;

# Memo of Law In Support

35 F.3d 236,
24 F.3d 1565,
15 USCA 2075(a),
115 F.3d 1111,
768 F. Supp 751,
816 F. Supp 384,
3 F. Supp. 2d 1473,
* 72 STAT. 547,
476 U.S. 858,
489 U.S. 141,
447 U.S. 102,
445 U.S. 375,
451 U.S. 156,

# Jurisdiction

28 USC 1331, 1332, 1335, 1340, 1342, 1337, 1585,
1361, 1346, 1344,
42 USC 1986, 1988, 1971, 2000, 2000h-2, 1997d,
33 USC 2622,

The Public/The People have the Right to Know The Truth.

When it comes to Food, and what goes into making it, Nothing should be Kept Secret.

The People should not be Sacrificed on the Altar of Profit And Greed.

### V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I SEEK A Jury Trial.

I SEEK The Appointment of Counsel.

I SEEK Mental, Emotional, Psychological, Punitive, Compensatory, Nominal, Declaratory, Pecuniary, Special, Treble, And Statutory Damages In The Ammount of $200,000.⁰⁰.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 31ˢᵗ day of July, 2011.

John R. Demos
(Signature of Plaintiff)

-4-