AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JOHN R. DEMOS,<br>　　Plaintiff,<br><br>　　v.<br><br>KRISPY-KREME,<br>　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br>CASE NO. 5:11-CV-414-F |

**Decision by Court.**

　　**IT IS ORDERED AND ADJUDGED** that because the Plaintiff does not contend that he is under imminent danger of serious physical injury, this action is DISMISSED without prejudice pursuant to § 1915(g)

　　THE ABOVE JUDGMENT WAS ENTERED TODAY, **August 16, 2011**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

John Robert Demos, Jr. (287455, Washington State Penetentiary, 1313 N. 13th Ave., Walla Walla, WA 99362)

| | |
|---|---|
| August 16, 2011 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | /s/ Susan K. Edwards |
| | *(By) Deputy Clerk* |
| | *Wilmington, NC* |